**LAW OFFICES OF MITCHELL S. SEGAL, P.C.**

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | <u>N.Y.C. Office</u> |
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11030 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx: (516) 706-6631 | |

Via ECF Filing  
Honorable Judge John P. Cronan                                November 25, 2022  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312  

    Re: <u>KIRAN VUPPALA v. INTERNATIONAL BOUTIQUE, LTD., a New York corporation, d/b/a INTERNATIONAL BOUTIQUE, and 500 LA GUARDIA PLACE, LLC, a New York limited liability company.</u>  
        Case No.:  1:22-cv-08819-JPC

Dear Judge John P. Cronan:

    I was recently engaged by the Defendants INTERNATIONAL BOUTIQUE, LTD and 500 LA GUARDIA PLACE, LLC in the above entitled action and request an extension of time to December 25, 2022 in order to respond to the Plaintiff's Complaint.  I have contacted the Plaintiff's counsel and the have consented to this extension.  I respectfully request the Court to grant this extension of time.

    This is the first extension request in this matter.  I thank your honor for the time taken to review this request.

                                               Respectfully submitted,

                                               /s/ Mitchell Segal  
                                                 _____  
                                                 Mitchell Segal

The request is granted.  Defendants shall respond to the Complaint by December 27, 2022.

SO ORDERED  
Date: November 28, 2022        _____  
New York, New York           JOHN P. CRONAN  
                               United States District Judge