UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KIRAN VUPPALA, :
:
Plaintiff, :
: 22 Civ. 8819 (JPC)
-v- :
: <u>ORDER</u>
INTERNATIONAL BOUTIQUE, LTD. *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Court has been informed that the parties to this case have reached a settlement governing all issues in dispute between them. Unless this case has already been dismissed by that date, the parties are ordered to submit a status letter by June 1, 2023 updating the Court on what progress has been made towards finalizing the settlement.

    SO ORDERED.

Dated: May 2, 2023
       New York, New York
                                                JOHN P. CRONAN
                                          United States District Judge